# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Adrian Arturo Viloria Aviles,<br><br>Petitioner,<br><br>v.<br><br>Christopher Chestnut,[1] et. al,<br><br>Respondents. | Case No. 2:25-cv-00611-GMN-DJA<br><br>**Order Directing Service of Petition and Response** |

Petitioner Adrian Arturo Viloria Aviles brings this petition for federal habeas corpus relief under 28 U.S.C. § 2241 challenging his removal from the Nevada Southern Detention Center (NSDC). Having conducted a preliminary review of the petition, the court now directs that it be served on the respondents.

IT IS THEREFORE ORDERED that the Clerk of Court is kindly directed to SERVE copies of the petition (ECF No. 1) and this order upon respondents as follows:

- By electronically through CM/ECF serving a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;

- By sending a copy of the petition (ECF No. 1) and this order by mail to: (1) Christopher Chestnut, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; (2) Jason Knight, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (3) Madison Sheahan, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs

---

[1] Christopher Chestnut is the warden of Nevada Southern Detention Center, the facility at which petitioner is currently being detained. Thus, he is the presumptively considered the primary respondent in this case. *See Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

Enforcement, 500 12th St. SW, Washington, DC 20536; and (4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

IT IS FURTHER ORDERED that respondents must **appear** in this action within **3 days** of the date of this order and **file and serve** their response to the petition within **14 days** of the date of this order, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that, to the extent petitioner seeks preliminary relief prior to the resolution of his petition on the merits, he is directed to file and serve a motion, supported by competent evidence and argument, showing that he is entitled to such relief.

Dated: April 7, 2025

_____
U.S. District Judge Gloria M. Navarro