# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Adrian Arturo Viloria Aviles,<br><br>Petitioner,<br><br>v.<br><br>Christopher Chestnut, et. al,<br><br>Respondents. | Case No. 2:25-cv-00611-GMN-DJA<br><br>**Order Granting Temporary Restraining Order** |

Having considered Plaintiff-Petitioner's Motion for a Temporary Restraining Order (ECF No. 6), the court will grant relief as follows to maintain the status quo:

IT IS ORDERED that and that Respondents (excluding the President with respect to any injunctive relief), their agents, representatives, and all persons or entities acting in concert with them are hereby restrained for **48 hours until 3:00 pm Thursday April 17, 2025** from removing Petitioner from the United States pursuant to the Alien Enemies Act and any Proclamation invoking the Act;

IT IS FURTHER ORDERED that Respondents shall file a Response by **9:00 am, Wednesday, April 16**, addressing whether Petitioner has been designated as an enemy alien subject to removal under the Alien Enemies Act and, if so, what due process Petitioner has been afforded in accordance with the U.S. Supreme Court's decision in *Trump v. J. G. G.*, No. 24A931, 2025 WL 1024097, at \*2 (U.S. Apr. 7, 2025).

IT IS FURTHER ORDERED that this matter is set for hearing at **11:00 am**, **Wednesday, April 16**, in Courtroom 7D at which time the Petitioner will have an opportunity reply to the government's written response.

Entered on April 15, 2025, at 1:08 pm

_____
U.S. District Judge Gloria M. Navarro