MELISSA CORRAL
Nevada Bar. No. 14182
MICHAEL KAGAN
Nevada Bar No. 12318C
Attorneys for Petitioner
**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 451003
Las Vegas, Nevada 89154-1003
Email: melissa.corral@unlv.edu
Email: Michael.kagan@unlv.edu
Office: 702-895-2080

SADMIRA RAMIC
Nevada Bar No.: 15984
CHRISTOPHER M. PETERSON
Nevada Bar No. 13932
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Email: ramic@aclunv.org
Email: peterson@aclunv.org

*Local Counsel for Petitioner Adrian Arturo Viloria Aviles*

*Additional attorneys on the next page*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN ARTURO VILORIA AVILES<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et. al*.,<br><br>Defendants-Respondents. | Case No.: 2:25-cv-00611-GMN-DJA<br><br>**STIPULATED BRIEFING SCHEDULE AND PROPOSED SCHEDULING ORDER** |

LEE GELERNT
Email: lgelernt@aclu.org
New York Bar No. 2502532
DANIEL GALINDO (*LR IA 11-2 petition forthcoming*)
Email: dgalindo@aclu.org
California Bar No. 292854
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 519-7871

Petitioner Adrian Arturo Viloria Aviles, represented by the UNLV Immigration Clinic, American Civil Liberties Union Foundation, and American Civil Liberties Union of Nevada, and the Respondents, Donald J. Trump, et al., represent by their respective counsel, hereby stipulate and agree to extend the briefing deadlines previously set by this Court. This Stipulation is being entered in good faith and not for purposes of delay.

**I.   STATUS OF BRIEFING**

1. Petitioner filed a Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 on April 2, 2025. [ECF No. 1].

2. On April 7, 2025, this Court ordered Respondents to file and serve their response to the petition within 14 days of the order, which is April 21, 2025. [ECF No. 3].

3. On April 14, 2025, Petitioner filed an Emergency Application for a Temporary Restraining Order. [ECF No. 6].

4. On April 15, 2025, this Court issued a Temporary Restraining Order and scheduled a hearing for April 16, 2025. [ECF No. 7].

5. This Court conducted a hearing on April 16, 2025. A limited Preliminary Injunction was issued, and the parties were ordered to meet and confer to determine an alternate briefing schedule if necessary. [ECF No. 13].

**II.   PROPOSED SCHEDULING TO MEET ALL DEADLINES**

1. Petitioner shall file an amended petition on or before May 5, 2025.

2. Respondents shall file a response to the amended petition on or before May 27, 2025.

1      3. Petitioner shall file a reply on or before June 3, 2025.

2  The Parties respectfully request that the Court schedule a hearing before June 20, 2025, when the

3  Preliminary Injunction expires.

4      IT IS SO STIPULATED.

Dated this 18th day of April, 2025

UNLV IMMIGRATION CLINIC

By: /s/ MICHAEL KAGAN

MELISSA CORRAL
Nevada Bar. No. 14182

MICHAEL KAGAN
Nevada Bar No. 12318C

DANIEL GALINDO (*LR IA 11-2 petition forthcoming*)
Bar No. 292854

LEE GELERNT
Bar No. 2502532

SADMIRA RAMIC
Nevada Bar No.: 15984

CHRISTOPHER M. PETERSON
Nevada Bar No. 13932

*Attorneys for Petitioner*

Dated this 18th day of April, 2025

UNITED STATES ATTORNEY'S OFFICE

By: /s/ Christian R. Ruiz

CHRISTIAN R. RUIZ
Bar No. 548611

SUMMER JOHNSON
Bar No. 244475

*Attorneys for Respondents*

## **ORDER**

IT IS SO ORDERED this __18__ day of _____April_____, 2025.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I caused a true and correct copy of the foregoing **STIPULATED BRIEFING SCHEDULE AND PROPOSED SCHEDULING ORDER** to be electronically filed and served to all parties of record via the Court's CM/ECF e-filing system to all parties listed on the e-service master list.

Dated: April 18, 2025

                                              */s/ MICHAEL KAGAN*
                                              An employee of the Thomas & Mack Legal Clinic