1 SIGAL CHATTAH
  United States Attorney
2 District of Nevada
  Nevada Bar No. 8264
3 CHRISTIAN R. RUIZ
  Assistant United States Attorney
4 501 Las Vegas Blvd. So., Suite 1100
  Las Vegas, Nevada 89101
5 Phone: (702) 388-6336
  Fax: (702) 388-6787
6 Christian.Ruiz@usdoj.gov

7 *Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Adrian Arturo Viloria Aviles,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Donald J. Trump, Pamela J. Bondi, Kristi Noem, Madison Sheahan, Marco Rubio, Jason Knight, Christopher Chestnut,<br><br>　　　　Respondents. | Case No. 2:25-cv-00611-GMN-DJA<br><br>**Joint Stipulation to Stay the Proceedings (First Request)** |

Petitioner Adrian Arturo Viloria Aviles and the Federal Respondents, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for a short period of 3 days, or until **May 30, 2025**.

The parties have conferred about a potential stay in this case, in light of the pendency of *W.M.M. v. Trump*, Fifth Circuit Case No. 25-10534. On May 16, 2025, the United States Supreme Court vacated and remanded *W.M.M. v. Trump* to the Fifth Circuit for further proceedings. *W.M.M. v. Trump*, No. 24-1177, 2025 WL 1417281, at *1 (2025). Among the questions that the Fifth Circuit is poised to resolve is what notice is due to the putative class members in the action. *Id.* at *2, *4.

The parties anticipate that the resolution of the *W.M.M. v. Trump* case likely will resolve issues currently pending in the case at bar. The parties are thus currently considering submitting a request to hold this case in abeyance pending a decision from the Fifth Circuit

1  and, if appealed, the Supreme Court. However, some questions remain to be resolved before
2  the parties enter a Stipulation to that effect. The parties thus request this short stay of the
3  proceedings to allow the parties to conclude their discussions.
4      This is the first request to stay the proceedings. This request is not sought for purposes of
5  delay or any other improper purpose, but to facilitate the parties' efforts to resolve the
6  matter in a just, speedy, and inexpensive manner consistent with Fed. R. Civ. P. 1. The
7  parties reserve the ability to seek additional time to finalize resolution, if necessary.
8  / /
9  / /
10 / /
11 / /
12 / /
13 / /
14 / /
15 / /
16 / /
17 / /
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

Respectfully submitted this 27th day of May 2025.

　　　　　IT IS SO STIPULATED.

Dated this 27th day of May 2025

UNLV IMMIGRATION CLINIC

By: /s/ Michael Kagan

MELISSA CORRAL
Nevada Bar. No. 14182

MICHAEL KAGAN
Nevada Bar No. 12318C

DANIEL GALINDO
Bar No. 292854

LEE GELERNT
Bar No. 2502532

SADMIRA RAMIC
Nevada Bar No.: 15984

CHRISTOPHER M. PETERSON
Nevada Bar No. 13932

*Attorneys for Petitioner*

Dated this 27th day of May 2025

UNITED STATES ATTORNEYS' OFFICE

By: /s/ Christian R. Ruiz

CHRISTIAN R. RUIZ
SUMMER JOHNSON

*Attorneys for Respondents*

**IT IS SO ORDERED:**

_____
**United States District Judge**

**DATED:** May 27, 2025

3