1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  CHRISTIAN R. RUIZ
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Fax: (702) 388-6787
6  Christian.Ruiz@usdoj.gov

7  *Attorneys for the Federal Respondents*

8                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
9

10 Adrian Arturo Viloria Aviles,              Case No. 2:25-cv-00611-GMN-DJA

                    Petitioner,               **Joint Stipulation to Stay the**
11                                            **Proceedings (Second Request)**

            v.
12

13 Donald J. Trump, Pamela J. Bondi, Kristi
   Noem, Madison Sheahan, Marco Rubio,
14 Jason Knight, Christopher Chestnut,

                    Respondents.
15

16         Petitioner Adrian Arturo Viloria Aviles and the Federal Respondents, by and through

17 their undersigned counsel, hereby stipulate and jointly request that the Court stay all

18 deadlines and hold this matter in abeyance, as set forth below:

19         The parties have conferred and agree that a stay is warranted in light of ongoing

20 proceedings in *W.M.M. v. Trump*, Fifth Circuit Case No. 25-10534. The United States

21 Supreme Court recently vacated and remanded that case to the Fifth Circuit for further

22 proceedings. See *W.M.M. v. Trump*, No. 24-1177, 2025 WL 1417281, at *1 (2025). One of

23 the key issues now pending before the Fifth Circuit is the scope of notice required for putative

24 class members. *Id.* at *2, *4.

25         The parties believe that the resolution of *W.M.M. v. Trump* likely will bear directly on

26 the issues presented in this case. Accordingly, the parties respectfully request that the Court

27 stay this matter. The stay would remain in place until the earlier of: (a) the entry of a final

28

order in Mr. Aviles's removal proceedings under the Immigration and Nationality Act (INA), or (b) the final resolution of *W.M.M. v. Trump* by the United States Supreme Court.

The parties further agree that the preliminary injunction currently in effect shall remain in place during the pendency of the stay.

This is the second request to stay proceedings in this case. The request is made in good faith and not for purposes of delay or any other improper reason, but to promote a just, speedy, and inexpensive resolution consistent with Federal Rule of Civil Procedure 1.

Respectfully submitted this 29th day of May 2025.

IT IS SO STIPULATED.

Dated this 29th day of May 2025

UNLV IMMIGRATION CLINIC

By: /s/ Michael Kagan

MELISSA CORRAL
Nevada Bar. No. 14182
MICHAEL KAGAN
Nevada Bar No. 12318C
DANIEL GALINDO
Bar No. 292854
LEE GELERNT
Bar No. 2502532
SADMIRA RAMIC
Nevada Bar No.: 15984
CHRISTOPHER M. PETERSON
Nevada Bar No. 13932

*Attorneys for Petitioner*

Dated this 29th day of May 2025

UNITED STATES ATTORNEYS' OFFICE

By: /s/ Christian R. Ruiz

CHRISTIAN R. RUIZ
SUMMER JOHNSON

*Attorneys for Respondents*

**IT IS SO ORDERED:**

_____
**United States District Judge**

**DATED:** _____June 3, 2025_____

2