# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Adrian Arturo Viloria Aviles,<br><br>　　　　　　　　　　Petitioner,<br>v.<br><br>Donald J. Trump, et. al,<br><br>　　　　　　　　　　Respondents. | Case No. 2:25-cv-00611-GMN-DJA<br><br>**Order** |

　　　In this habeas proceeding under 28 U.S.C. § 2241, petitioner Adrian Arturo Viloria Aviles and the respondents have filed a Joint Stipulation to dismiss this case without prejudice. ECF No. 37.  The parties represent that Viloria Aviles has been removed to Venezuela under a final order of removal issued by the Otero Immigration Court on June 20, 2025. *Id*.

　　　The Federal Rules of Civil Procedure permits a petitioner to dismiss an action voluntarily by filing "a stipulation of dismissal signed by all parties who have appeared." Rule 41(a)(1)(ii), Fed. R. Civ. Pro.  The parties' stipulation automatically terminates this action. *Com. Space Mgmt. Co. v. Boeing Co*., 193 F.3d 1074, 1077 (9th Cir. 1999)

　　　IT IS THEREFORE ORDERED that the STAY of this case shall be LIFTED and this action is DISMISSED without prejudice.  The Clerk is kindly directed to CLOSE this case.

　　　DATED:  August 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Gloria M. Navarro